**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Robbie L. Hall, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, | ) | Case no. 4:12-cv-122 |
| | ) | |
| Respondent. | ) | |

In September 2012 the North Dakota Supreme Court forwarded documents to the Clerk's office at Mr. Hall's request. Upon receipt of the documents on September 10, 2012, the Clerk's office opened the above-entitled action and sent forms to assist Mr. Hall with the preparation of a formal habeas petition. Accompanying these forms was a letter from the Clerk's office advising Mr. Hall that the Court was treating his documents as an incomplete petition for habeas relief under 18 U.S.C. § 2254 and that should he should return the completed forms if it was his intention to file a habeas petition. (Docket No. 1).

To date Mr. Hall has neither returned the completed forms nor otherwise responded to the Clerk's office's correspondence. The Clerk's office is directed to file a copy of the documents it received from the North Dakota Supreme Court as an attachment to Docket No. 1, return the original documents to Mr. Hall, and close the above-entitled action.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2012.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States District Court